UNSEALED 8/11/08
SEALED

KAREN P. HEWITT
United States Attorney
FRED SHEPPARD
Assistant U.S. Attorney
California State Bar No. 250781
United States Courthouse
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7176
fred.sheppard@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
2008 JUL -8 AM 9:45
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY VNH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>2470 Deauville Street<br>San Diego, California 92139 | Case No. '08 MJ 2067<br><br>ORDER SEALING SEARCH WARRANT AND APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, a continuing criminal investigation;

IT IS HEREBY ORDERED that the application for search warrant with supporting documents, the application, and affidavit in support of the captioned matter, and this order be sealed until further order of this Court.

DATED: 7/8/08.

WILLIAM McCURINE, Jr.
U.S. Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

FRED SHEPPARD
Assistant U.S. Attorney

3RM