**SEALED**

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ CALIFORNIA

FILED
2008 JUL -9 PM 2:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

The residence located at:

2470 Deauville Street
San Diego, California 92139

## SEARCH WARRANT

CASE NUMBER: 08 MJ 2067

TO: <u>Any Special Agent of the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Floyd Mohler of the ATF</u> who has reason to believe that on the on the person or on the premises known as (name, description and/or location)

**2470 Deauville Street, San Diego, CA    See ATTACHMENT A**

in the ___SOUTHERN___ District of ___CALIFORNIA___ there is now concealed a certain person or property, namely (describe the person or property)

**the items specified in ATTACHMENT B**
which is the fruits, instrumentalities and evidence concerning a violation of Title <u>18</u> United States Code, Section(s) <u>922(a)(6), 922 (a)(3) and 924 (a)(1)(A).</u>

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  July 18, 2008
                                                     Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
as required by law.

WILLIAM McCURINE, JR.
U.S. Judge or Magistrate

7/8/08, 0921 hrs                            at    San Diego, CA
Date and Time Issued                              City and State

WILLIAM McCURINE, JR.
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer              Signature of Judicial Officer

AO 93 (Rev. 5/85)   Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7/8/8 | 7/9/8  0600 hrs. | Lejonette Moore |

INVENTORY MADE IN THE PRESENCE OF

Jenna Maguire

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

— SEE ATTACHED —

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____ ATF

Subscribed, sworn to, and returned before me this date.

_____   7/9/08
U.S. Judge ~~or Magistrate~~   Date

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Receipt for Property and Other Items

| Page ___ of ___ | Case/Inspection Number | Case/Inspection Title | Office |
|---|---|---|---|
| | | 784040-08-0052 | SAN DIEGO |

**Taken from:** (name, title, address, if appropriate)
JESUS JAMES EDWARD MOORE
2470 DEAUVILLE ST.
SAN DIEGO, CA

**Recipient:** (name, title, address, if appropriate)

**Location of Transfer or Seizure:**
ABOVE ADDRESS

**Basis for Transfer or Seizure of Items:**
FEDERAL SEARCH WARRANT

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | IVER JOHNSON PISTOL .22 CAL SN AE01574 |
| 1 | MAGAZINE W/ 7 ROUNDS .22 (MASTER BEDROOM) |
| 1 | SCALE (MASTER BEDROOM) - DIGITAL |
| 1 | BAG MARIJUANA (MASTER BEDROOM) |
| | FOUND - UNDETERMINED AMOUNT |
| 1 | BAG PACKAGING MATERIAL |
| 1 | CA. DL # B8039284 JESUS JAMES MOORE |
| 1 | .12 GAUGE SHOTGUN MOSSBURG 500 - NO S/N OBLITERATED |
| 2 | SLUG ROUNDS |
| 1 | BAG MISCELLANEOUS ROUNDS OF AMMUNITION |

I hereby acknowledge receipt of the above item(s) into my custody.

**Received by:** (signature)  JENNA MAGUIRE #4263       **Date:** 7/9/08

**Transferred by:** (signature, if appropriate)    **Date:**    **Witnessed by:** (signature) Floyd Monson #3826    **Date:** 7/9/8

ATF E-Form 3400.23
Revised March 2005



## ATTACHMENT A

## DESCRIPTIONS OF THINGS TO BE SEARCHED

**The Premises**

The Residence of Jesus Moore
Address: 2470 Deauville Street
including all outbuildings and appurtenances thereto
in the City of San Diego, California 92139
in the County of San Diego
in the Southern District of California

**The Premises' Physical Description**

Residence: Single family detached
Stories: two
Construction type: stucco
Color: white with gray trim
1-car attached garage
Outbuildings: unknown
Permanent Objects on or near Premises – 5' wooden fence surrounding the side and rear of residence.

The residence is located on the west side of Deauville Street, just north of Winchester Street. The numbers "2470" appear in black numbers on the front of the house, just to the left of the garage door. The residence has a 1-car garage attached to the main structure with a 1-car gated carport beside the garage. The roof is covered with gray tile shingles.

**Vehicles**

Vehicles registered to Jesus Moore and vehicles present at the time of the search that are utilized by Jesus Moore, specifically: a 1999 Toyota CA lic#4HCD445 (r/o Jesus Moore), a Landrover AZ lic#143-XLW (r/o Jennifer Jinesta Tucson, AZ), and a 1995 Chevy CA lic#5UKJ029 (r/o Louise Barnett)

**Person(s)**

Jesus Moore, a black male born 7/15/80, approximately 6' 3" in height, 225lbs in weight, with brown eyes and black hair.

1



## ATTACHMENT B

## DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED

**FIREARMS**

Any and all firearms located on the premises or within any of the vehicles/vessels on the premises including all areas to be searched. Other items pertaining to the possession of firearms, including gun cases, new gun boxes, ammunition, ammunition magazines, holsters, spare parts for firearms, firearms cleaning equipment, photographs of firearms or of persons in possession of firearms, and receipts for the purchase and/or repair of all these items.

**RECORDS/DOCUMENTS**

The following; books, records, documents or photographs, whether contained on paper in handwritten, typed, photocopied or printed form or stored on computer printouts, magnetic tape, cassette, disk, diskette, photo-optical devices, photographic film or any other medium.

Description of Particular Records/Documents:

**Indicia of Control of the Premises**

Records that establish the persons who have control, possession, custody or dominion over the property and vehicles searched, and from which evidence is seized, such as: personal mail, checkbooks, personal identification, notes, other correspondence, utility bills, rent receipts, payment receipts, financial documents, pay and owe ledgers, passports, Immigration records, visa applications, Social Security records, Department of Motor Vehicle records, keys, photographs (developed or undeveloped), leases, mortgage bills, and vehicle registration information or ownership warranties, receipts for vehicle parts and repairs, telephone answering machine introductions, and fingerprints.