KAREN P. HEWITT
United States Attorney
FRED SHEPPARD
Assistant U.S. Attorney
California State Bar No. 250781
United States Courthouse
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7176
fred.sheppard@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
2008 AUG 11  AM 8:47
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>2470 Deauville Street<br>San Diego, California 92139 | Case No. 08MJ2067<br><br>MOTION TO UNSEAL AND<br>ORDER THEREON |

Upon motion of the UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Fred Sheppard, Assistant United States Attorney, hereby moves this Court to unseal the search warrant application and affidavit in the above-referenced case, sworn before the Court on July 8, 2008, so that the application and affidavit will be available to the defendant in <u>United States v. Jesus James Edward Moore, III</u>, 08MJ2081. Defendant Moore was a subject of the investigation described in the aforementioned application and affidavit.

DATED: August 5, 2008

KAREN P. HEWITT
United States Attorney

/s/ Fred Sheppard
Fred Sheppard
Assistant U.S. Attorney

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the search warrant application and affidavit in Case No. 08MJ2067 be unsealed.

8/5/08
DATED

HONORABLE WILLIAM McCURINE, JR.
United States Magistrate Judge